# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| MELVIN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration )<br>Defendant. ) | **Case No. 2:10-CV-00201 JTK** |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 20th day of March, 2012.

_____
United States Magistrate Judge